IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>counsel: Anne Gardner<br>counsel: | Judge : Bill Wilson<br>Reporter: C. Newburg<br>Clerk: M. Johnson<br>Interpreter:<br>USPO: S. Earsa |
| vs | |
| **PEDRO SMITH**<br>counsel: Latrece Gray<br>counsel: | Date: January 15, 2009 |
| | CASE NO: 4:02CR00232-01 |

## COURT PROCEEDING: Supervised Release Revocation Hearing

**Begin: 10:58 a.m.**                                                                                           **End: 11:20 a.m.**

Court calls cases and reviews to present; deft admits alleged violations; Court finds violations occurred; Deft counsel calls character witnesses; Deft counsel adds Exhibit 6 to record; Exhibit rec'd; deft counsel, deft and Gov't make statements to Court; revocation granted; 6 months BOP consecutive with ADC term of imprisonment; No SR to follow.

Court in recess.

CourthearingMinutes.Revo.wpd

# NEW FUTURES for YOUTH

Mark Perry, Ph.D., Executive Director

323 Center Street, Suite 1275 • Little Rock, AR 72201 • 501-374-1011 • FAX 501-374-9736 • www.newfuturesforyouth.org

January 12, 2009

Judge Bill Wilson
U.S. District Court Judge, Eastern District of Arkansas
600 W. Capitol Rm. 444
Little Rock, AR 72201

Honorable Judge Bill Wilson:

I'm writing on behalf of Pedro Smith who is scheduled to appear for a supervised released revocation hearing on Thursday January 15, 2009.

My name is Tony L. Crofton and I am employed with New Futures for Youth. I serve as the Program Liaison for 13 Youth Initiative Project (YIP), gang intervention and prevention programs sponsored by the city of Little Rock. I've known Pedro for over twelve years. I first met him at the Southwest community center at the age of eleven and two years later I worked with him on a daily base through the Step Up Support Center, Youth Initiative Project until he was nineteen. During that time I found Pedro to be a caring youth that would go out of his way to help others. He followed the rules without question. He has served as a peer-facilitator on several occasions. It is my belief that he has the tools available to assist youth and young adults alike that are hopeless and disconnected. I am confident that were he to be released and supervised, he would become a great asset to the community and to society.

As a young man's fate lies in your hands, I hope you will extend mercy to Mr. Smith, allow him to contribute to society, and reunite with his daughter. I sincerely appreciate your consideration.

Kind regards,

Tony L. Crofton
Program Liaison
New Futures For Youth, Inc.
323 Center St, Suite 1275
Little Rock, AR 72201
Phone: 501-374-1011 ext.108    Fax: 501-374-9736
tcrofton@newfuturesforyouth.org


DEFENDANT'S EXHIBIT 6