IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs   4:03CR00232-01-WRW

PEDRO SMITH

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 6 months at a designated Bureau of Prisons facility, consecutive to the undischarged term of imprisonment at the Arkansas Department of Correction. The defendant is remanded into the custody of the U.S. Marshal.

There is no supervised release to follow incarceration.

IT IS SO ORDERED this 15th day of January, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Smith.wpd